# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 698 | **DATE** | 6/11/2009 |
| **CASE TITLE** | Sun-Times Media Group, Inc. Vs. Ravelston Corp Ltd | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's unopposed motion to dismiss the counterclaim of Ralveston Corporation and Ralveston Management [786-1] is granted, and the counterclaim [661-1] is dismissed for want of prosecution. The court also grants Sun-Times Media Group's request for the entry of an order of default against Ralveston Corporation and Ralveston Management based upon their failure to answer the Third Amended Complaint. Proceedings to establish damages and to enter judgment are held in abeyance until the liability of the remaining defendants has been established. This case is placed on the court's suspense docket. The parties shall promptly advise the court when the Supreme Court issues its decision or if any other events warrant moving this case back to the court's active docket.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

Motion hearing held. Plaintiff Sun-Times Media Group's unopposed motion to dismiss the counterclaim of defendants Ralveston Corporation and Ralveston Management [786-1] is granted, and the counterclaim [661-1] is dismissed for want of prosecution. The court also grants Sun-Times Media Group's request for the entry of an order of default against Ralveston Corporation and Ralveston Management based upon their failure to answer the Third Amended Complaint. At the request of Sun-Times Media Group, proceedings to establish damages and to enter judgment against Ralveston Corporation and Ralveston Management are held in abeyance until the liability of the remaining defendants has been established. In light of the U.S. Supreme Court's decision to grant certiorari in the criminal appeals of defendants Conrad Black and John Boultbee and the decision by Magistrate Judge Valdez to continue the stay on discovery, this case is hereby placed on the court's suspense docket. The parties shall promptly advise the court when the Supreme Court issues its decision or if any other events warrant moving this case back to the court's active docket.

| | Courtroom Deputy Initials: | rs |
|---|---|---|