**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUN TIMES MEDIA GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04C-0698 |
| | ) | |
| v. | ) | |
| | ) | Hon. Blanche M. Manning |
| THE RAVELSTON CORPORATION | ) | |
| LIMITED, CONRAD M. BLACK, | ) | |
| JOHN A. BOULTBEE, DANIEL W. COLSON | ) | |
| and BARBARA AMIEL BLACK, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's November 19, 2010 order, Plaintiff Sun Times Media Group, Inc., f/k/a Hollinger International Inc. and n/k/a Chicago Newspaper Liquidation Corp. ("Plaintiff" or "STMG"), and Defendants Conrad M. Black, John A. Boultbee, Daniel W. Colson and Barbara Amiel Black ("Defendants"), collectively the "Parties," hereby submit the following Joint Status Report.

On November 17, 2010, the Parties submitted a Joint Status Report (the "Report") setting forth the remaining parties and claims as well as a status of the case. Dkt. 803, Report attached hereto at Exhibit A. There have been no changes to the remaining parties or claims at issue since the filing of that Report. The status of the parties and the case are set forth below.

1. **Status of Parties**

    (a) *Plaintiff*. On March 31, 2009, STMG filed for Chapter 11 bankruptcy protection. That action remains ongoing.

    (b) *Defendant Ravelston*. On June 11, 2009, the Court entered an order of default against Ravelston. Dkt. 790.

(c) *Defendant Black.* On October 29, 2010, the Seventh Circuit reversed Mr. Black's convictions on two counts of fraud (related to the APC payments), and affirmed his convictions on one count of mail fraud (relating to payments in the Forum and Paxton transactions) and one count of obstruction of justice. *See United States v. Black, et al*. Nos. 07-4080, 08-1030, 08-1072, 08-1106 (7th Cir. Oct. 29, 2010). Messrs. Black and Boultbee filed a petition for rehearing *en banc* of that decision on November 12, 2010, and the Seventh Circuit denied that petition on December 17, 2010. *See United States v. Black et al.*, No. 07-4080 (7th Cir. Dec. 17, 2010), attached hereto at Exhibit B. Counsel for Mr. Black intends to file a petition for a *writ of certiorari* with the U.S. Supreme Court challenging the two remaining counts of conviction. The deadline for filing that petition is March 17, 2011.

The government has not dismissed the reversed counts related to the APC payments (Counts I and VI) against Mr. Black. The Honorable Amy St. Eve has set a status hearing for Mr. Black for May 9, 2011, and has scheduled resentencing for June 24, 2011 in the event the petition for *writ of certiorari* is denied.

(d) *Defendant Boultbee*. On October 29, 2010, the Seventh Circuit reversed Mr. Boultbee's convictions on two counts of fraud (related to the APC payments), and affirmed his conviction on one count of mail fraud (relating to payments in the Forum and Paxton transactions). *See United States v. Black, et al*. Nos. 07-4080, 08-1030, 08-1072, 08-1106 (7th Cir. Oct. 29, 2010). Messrs. Boultbee and Black filed a petition for rehearing *en banc* of that decision on November 12, 2010, and the Seventh Circuit denied that petition on December 17, 2010. *See* Ex. B. Counsel for Mr. Boultbee intends to file a petition for a *writ of certiorari* with the U.S. Supreme Court challenging the remaining count of conviction. The deadline for filing that petition is March 17, 2011.

At a status conference held on February 3, 2011, the District Court granted the government's oral motion to dismiss Counts I and VI (related to the APC payments) against Mr. Boultbee with prejudice. As for the remaining count relating to the Forum and Paxton payments, the government recommended that Mr. Boultbee's criminal judgment be amended so that the imprisonment portion of the sentence be changed to "time served." On February 12, 2011, the Court indicated that it would accept the government's recommendation and that it would enter an Amended Judgment and Commitment Order after receipt and acceptance of an agreed proposed amended order of preliminary forfeiture. The Court has not yet entered either amended order.

(e) *Defendant Colson.* Mr. Colson remains a defendant in the case.

(f) *Defendant Amiel Black.* Ms. Amiel Black remains a defendant in the case.

**2. Status of Case.**

This case remains stayed pursuant to the orders of Magistrate Judge Valdez. Dkt. 549 and 789. Defendants maintain that the criminal proceedings giving rise to the stay in this case are ongoing and the appeal process is not yet complete. Defendants Black and Boultbee intend to file a petition for *writ of certiorari* with the U.S. Supreme Court by March 17, 2011. In addition, the government has not dismissed the reversed counts related to the APC payments (Counts I and VI) against Mr. Black, and Mr. Black is scheduled for resentencing by the District Court on June 24, 2011 in the event the petition for *writ of certiorari* is denied.

Dated February 17, 2011.

| | |
|---|---|
| Mark V. Chester<br>JOHNSON AND COLMAR<br>300 South Wacker Drive, Suite 1000<br>Chicago, IL 60606<br>(312) 922-1980<br>(312) 922-9283 (fax)<br>*Attorneys for Hollinger International Inc.* | Jonathan Rosenberg<br>Abby F. Rudzin<br>O'MELVENY & MYERS<br>Times Square Tower, 7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>(212) 326-2061 (fax)<br>*Attorneys for Hollinger International Inc.* |
| Kristen Elizabeth Hudson<br>SCHOPF & WEISS<br>312 West Randolph Street, Suite 300<br>Chicago, IL 60606-1721<br>(312) 701-9300<br>(312) 701-9335 (fax)<br>*Attorneys for Conrad M. Black and Barbara Amiel Black* | Alex J. Bourelly<br>Jennifer E. Owens<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>*Attorneys for Conrad M. Black* |
| Stephen C. Voris<br>BURKE, WARREN, MACKAY<br>& SERRITELLA, P.C.<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611-3607<br>(312) 840-7000<br>(312) 840-7900 (fax)<br>*Attorney for John A. Boultbee* | Ira Lee Sorkin<br>Donald A. Corbett<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel. 212-262-6700<br>Fax 212-262-7042<br>*Attorneys for John A. Boultbee* |
| Peter A. Silverman<br>Gregory L. Stelzer<br>FIGLIULO & SILVERMAN<br>Ten South LaSalle Street, Suite 3600<br>Chicago, IL 60603<br>(312) 251-4600<br>(312) 251-4610 (fax)<br>*Attorneys for Daniel W. Colson* | Douglas J. Pepe<br>GREGORY P. JOSEPH LAW OFFICES LLC<br>805 Third Avenue, 31st Floor<br>New York, NY 10022<br>(212) 407-1230<br>(212) 407-1299 (fax)<br>*Attorneys for Barbara Amiel Black* |