**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUN TIMES MEDIA GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 04 C 698 |
| ) | |
| v. ) | Hon. Blanche M. Manning |
| ) | |
| THE RAVELSTON CORPORATION ) | |
| LIMITED, CONRAD M. BLACK, JOHN ) | |
| A. BOULTBEE, DANIEL W. COLSON ) | |
| and BARBARA AMIEL BLACK, ) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT**

Defendants Conrad M. Black and John A. Boultbee, hereby submit the following Status Report.

On October 29, 2010, the Seventh Circuit reversed convictions against Messrs. Black and Boultbee on two counts of fraud (related to the APC payments), and affirmed convictions against each on one count of mail fraud (relating to payments in the Forum and Paxton transactions) and against Mr. Black on one count of obstruction of justice. *See United States v. Black, et al.* Nos. 07-4080, 08-1030, 08-1072, 08-1106 (7th Cir. Oct. 29, 2010). On February 17, 2011, Messrs. Black and Boultbee filed a petition for a *writ of certiorari* (the "Petition") with the U.S. Supreme Court challenging the remaining counts of conviction. *See* Petition attached hereto at Exhibit A.

207273_1

Dated: February 25, 2011

| | |
|---|---|
| William Butler Berndt<br>SCHOPF & WEISS LLP<br>One S. Wacker Dr., 28th Floor<br>Chicago, IL 60606-1721<br>(312) 701-9300<br>(312) 701-9335 (fax)<br>*Attorneys for Conrad M. Black and*<br>*Barbara Amiel Black* | Alex J. Bourelly<br>Jennifer E. Owens<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>*Attorneys for Conrad M. Black* |
| Stephen C. Voris<br>BURKE, WARREN, MACKAY<br>& SERRITELLA, P.C.<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611-3607<br>(312) 840-7000<br>(312) 840-7900 (fax)<br>*Attorney for John A. Boultbee* | Ira Lee Sorkin<br>Donald A. Corbett<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 262-6700<br>(212) 262-7042<br>*Attorneys for John A. Boultbee* |

## **CERTIFICATE OF SERVICE**

I, William B. Berndt, hereby certify that on February 25, 2011, I electronically filed the attached **Status Report** to be served by the Court's CM/ECF system, which will automatically send electronic notifications of such filing to the registered parties**.**

/s/William B. Berndt
William B. Berndt