IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUN TIMES MEDIA GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04C-0698 |
| | ) | |
| v. | ) | Hon. Blanche M. Manning |
| | ) | |
| THE RAVELSTON CORPORATION LIMITED, CONRAD M. BLACK, JOHN A. BOULTBEE, DANIEL W. COLSON and BARBARA AMIEL BLACK, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 23, 2011 order, Plaintiff Sun Times Media Group, Inc., f/k/a Hollinger International Inc. and n/k/a Chicago Newspaper Liquidation Corp. ("Plaintiff" or "STMG") and Defendants Conrad M. Black, John A. Boultbee, Daniel W. Colson and Barbara Amiel Black ("Defendants"), collectively the "Parties," hereby submit the following Joint Status Report.

On November 17, 2010, the Parties submitted a Joint Status Report setting forth the remaining parties and claims as well as a status of the case. Dkt. 803. The Parties submitted an additional Joint Status Report on February 17, 2011, and Messrs. Black and Boultbee submitted a Status Report on February 25, 2011. Dkts. 806 and 808. There have been no changes to the remaining parties or claims at issue since the filing of those Reports. The status of the parties and the case are set forth below.

1. **Status of Parties**

    (a)  *Plaintiff*.  On March 31, 2009, STMG filed for Chapter 11 bankruptcy protection. That action remains ongoing.

(b) *Defendant Ravelston.* On June 11, 2009, the Court entered an order of default against Ravelston.

(c) *Defendant Black.* On October 29, 2010, the Seventh Circuit reversed Mr. Black's convictions on two counts of fraud (related to the APC payments), and affirmed his convictions on one count of mail fraud (relating to payments in the Forum and Paxton transactions) and one count of obstruction of justice. *See United States v. Black, et al*. Nos. 07-4080, 08-1030, 08-1072, 08-1106 (7th Cir. Oct. 29, 2010). Messrs. Black and Boultbee filed a petition for rehearing *en banc* of that decision on November 12, 2010, and the Seventh Circuit denied that petition on December 17, 2010. *See United States v. Black et al.*, No. 07-4080 (7th Cir. Dec. 17, 2010). On February 17, 2011, Messrs. Black and Boultbee filed a petition for a *writ of certiorari* with the U.S. Supreme Court regarding the remaining count(s) of conviction. The Supreme Court has not yet ruled on the petition.

Mr. Black's resentencing is currently scheduled for June 24, 2011 before the Honorable Amy St. Eve.

(d) *Defendant Boultbee.* On October 29, 2010, the Seventh Circuit reversed Mr. Boultbee's convictions on two counts of fraud (related to the APC payments), and affirmed his convictions on one count of mail fraud (relating to payments in the Forum and Paxton transactions). *See United States v. Black, et al*. Nos. 07-4080, 08-1030, 08-1072, 08-1106 (7th Cir. Oct. 29, 2010). Messrs. Boultbee and Black filed a petition for rehearing *en banc* of that decision on November 12, 2010, and the Seventh Circuit denied that petition on December 17, 2010. *See United States v. Black et al.*, No. 07-4080 (7th Cir. Dec. 17, 2010). On February 17, 2011, Messrs. Black and Boultbee filed a petition for a *writ of certiorari* with the U.S. Supreme

Court regarding the remaining count(s) of conviction. The Supreme Court has not yet ruled on the petition.

At a hearing on February 3, 2011, the Court granted the Government's oral motion to dismiss Counts I and VI against Mr. Boultbee with prejudice. As for the remaining count relating to the Forum and Paxton payments, the Government recommended that Mr. Boultbee receive credit for time served. On March 24, 2011, the Court entered an Amended Judgment and Commitment Order for Mr. Boultbee imposing a sentence of time served. Mr. Boultbee filed a Notice of Appeal from that order on April 4, 2011. That appeal to the Seventh Circuit has been stayed pending determination of the petition for a *writ of certiorari* with the U.S. Supreme Court.

    (e)    *Defendant Colson*. Mr. Colson remains a defendant in the case.

    (f)    *Defendant Amiel Black*. Ms. Amiel Black remains a defendant in the case.

**2. Status of Case.**

This case remains stayed pursuant to the orders of Magistrate Judge Valdez. Dkts. 549 and 789. Defendants maintain that the criminal proceedings giving rise to the stay in this case are ongoing and the appeal process is not yet complete. Defendants Black and Boultbee filed a petition for *writ of certiorari* with the U.S. Supreme Court on February 17, 2011. The Supreme Court has not yet ruled on the petition. Mr. Black's case is scheduled for resentencing by the District Court on June 24, 2011.

Dated: May 20, 2011

| | |
|---|---|
| Mark V. Chester<br>JOHNSON AND COLMAR<br>300 South Wacker Drive, Suite 1000<br>Chicago, IL 60606<br>(312) 922-1980<br>(312) 922-9283 (fax)<br>*Attorneys for Hollinger International Inc.* | Jonathan Rosenberg<br>Abby F. Rudzin<br>O'MELVENY & MYERS<br>Times Square Tower, 7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>(212) 326-2061 (fax)<br>*Attorneys for Hollinger International Inc.* |
| Kristen Elizabeth Hudson<br>SCHOPF & WEISS<br>312 West Randolph Street, Suite 300<br>Chicago, IL 60606-1721<br>(312) 701-9300<br>(312) 701-9335 (fax)<br>*Attorneys for Conrad M. Black and Barbara Amiel Black* | Alex J. Bourelly<br>Jennifer E. Owens<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>(202) 639-7700<br>(202) 639-7890 (fax)<br>*Attorneys for Conrad M. Black* |
| Stephen C. Voris<br>BURKE, WARREN, MACKAY<br>& SERRITELLA, P.C.<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611-3607<br>(312) 840-7000<br>(312) 840-7900 (fax)<br>*Attorney for John A. Boultbee* | Ira Lee Sorkin<br>Donald A. Corbett<br>LOWENSTEIN SANDLER PC<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel. 212-262-6700<br>Fax 212-262-7042<br>*Attorneys for John A. Boultbee* |
| Peter A. Silverman<br>Gregory L. Stelzer<br>FIGLIULO & SILVERMAN<br>Ten South LaSalle Street, Suite 3600<br>Chicago, IL 60603<br>(312) 251-4600<br>(312) 251-4610 (fax)<br>*Attorneys for Daniel W. Colson* | Douglas J. Pepe<br>GREGORY P. JOSEPH LAW OFFICES LLC<br>805 Third Avenue, 31st Floor<br>New York, NY 10022<br>(212) 407-1230<br>(212) 407-1299 (fax)<br>*Attorneys for Barbara Amiel Black* |

DC01:613893.2

**CERTIFICATE OF SERVICE**

I, Kristen E. Hudson, hereby certify that on May 20, 2011, I electronically filed the attached **Joint Status Report** to be served by the Court's CM/ECF system, which will automatically send electronic notifications of such filing to the registered parties**.**

/s/Kristen E. Hudson