# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Sun−Times Media Group, Inc., et al.

                                                                              Plaintiff,

v.                                                                                        Case No.: 1:04−cv−00698
                                                                                        Hon. Blanche M. Manning

Ravelston Corporation Limited, The, et al.

                                                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Joint status report due August 25, 2011. The parties shall advise the court of any significant developments impacting this case that arise prior to that date. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.